# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
## DIVISION

In re: §
§
VALI, MOHAMMED § Case No. 18-07899
§
Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter     of the United States Bankruptcy Code was filed on
   . The undersigned trustee was appointed on              .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                        $

   Funds were disbursed in the following amounts:

   Payments made under an interim disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]             $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____ [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____    By:/s/Phillip D. Levey_____
                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit A

| Case No: | 18-07899 | DRC | Judge: DONALD R. CASSLING | Trustee Name: | Phillip D. Levey |
|---|---|---|---|---|---|
| Case Name: | VALI, MOHAMMED | | | Date Filed (f) or Converted (c): | 03/19/18 (f) |
| | | | | 341(a) Meeting Date: | 04/27/18 |
| For Period Ending: | 03/06/19 | | | Claims Bar Date: | 10/10/18 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. House - 2216 Ottawa St., Des Plaines, IL | 557,365.00 | 267,027.00 | | 15,500.00 | FA |
| Property held in form of Tenancy by Entirety by debtor and his non-filing spouse. Property only subject to administration to extent of joint obligations of debtor and his spouse. Distribution to joint creditors only. See Judge Eugene R. Wedoff "Tenancy By The Entirety in Bankruptcy" (2000). Debtor Claimed Exemption | | | | | |
| 2. 2011 Nissan Sentra mileage: 85000 | 3,469.00 | 2,400.00 | | 0.00 | FA |
| 3. Chase Bank | 3.69 | 3.69 | | 0.00 | FA |
| 4. TCF Bank #9865479175 | 73.90 | 73.90 | | 0.00 | FA |
| 5. TCF Bank #9865209811 | 23.04 | 23.04 | | 0.00 | FA |
| 6. TCF Bank #2862256077 | 8.18 | 8.18 | | 0.00 | FA |
| 7. TCF Bank #1863325128 | 76.34 | 76.34 | | 0.00 | FA |
| 8. First Midwest Bank #6801216323 | 214.14 | 214.14 | | 0.00 | FA |
| 9. Fifth Third Bank #7972464528 | 2.00 | 2.00 | | 0.00 | FA |
| 10. Taxi Medallion #5 | 0.00 | 0.00 | | 0.00 | FA |
| PROPERTY NOT LISTED ON AMENDED SCHEDULES | | | | | |
| 11. Taxi Medallion #6 | 0.00 | 0.00 | | 0.00 | FA |
| PROPERTY NOT LISTED ON AMENDED SCHEDULES | | | | | |
| 12. Taxi Medallion #1 | 0.00 | 0.00 | | 0.00 | FA |
| PROPERTY NOT LISTED ON AMENDED SCHEDULES | | | | | |
| 13. Taxi Medallion #2 3074 | 0.00 | 0.00 | | 0.00 | FA |
| PROPERTY NOT LISTED ON AMENDED SCHEDULES | | | | | |
| 14. Taxi Medallion #3 2 | 0.00 | 0.00 | | 0.00 | FA |
| PROPERTY NOT LISTED ON AMENDED SCHEDULES | | | | | |
| 15. Taxi Medallion #4 1103231-922 | 0.00 | 0.00 | | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit A

| Case No: | 18-07899 | DRC | Judge: DONALD R. CASSLING | Trustee Name: | Phillip D. Levey |
|---|---|---|---|---|---|
| Case Name: | VALI, MOHAMMED | | | Date Filed (f) or Converted (c): | 03/19/18 (f) |
| | | | | 341(a) Meeting Date: | 04/27/18 |
| | | | | Claims Bar Date: | 10/10/18 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| PROPERTY NOT LISTED ON AMENDED SCHEDULES | | | | | |
| 16. Furniture | 750.00 | 0.00 | | 0.00 | FA |
| 17. WEARING APPAREL | 500.00 | 0.00 | | 0.00 | FA |
| 18. Babs and Jr, Cab Company Inc. | 0.00 | 0.00 | | 0.00 | FA |
| 19. Modan Enterprises Inc. | 0.00 | 0.00 | | 0.00 | FA |
| 20. Thaddeus Cab Company | 0.00 | 0.00 | | 0.00 | FA |
| 21. Emro Inc. | 0.00 | 0.00 | | 0.00 | FA |
| 22. Vali Transportation Inc. | 0.00 | 0.00 | | 0.00 | FA |
| 23. Saleem Inc. | 0.00 | 0.00 | | 0.00 | FA |
| 24. Jeff Cab Co. | 0.00 | 0.00 | | 0.00 | FA |
| 25. Investment Bank | 400.00 | 0.00 | | 0.00 | FA |
| 26. Burial Plot | 1,500.00 | 0.00 | | 0.00 | FA |

|  |  |  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $564,385.29 | $269,828.29 | | $15,500.00 | $0.00 |
|  |  |  |  |  | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 01/31/19    Current Projected Date of Final Report (TFR): 01/31/19

LFORM1    UST Form 101-7-TFR (5/1/2011) *(Page: 4)*    Ver: 22.00

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 18-07899 -DRC | | Trustee Name: | Phillip D. Levey |
|---|---|---|---|---|
| Case Name: | VALI, MOHAMMED | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******5364 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******6905 | | | |
| For Period Ending: | 03/06/19 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/06/18 | 1 | Maryam F. Vali | Sale of Real Estate | 1110-000 | 15,500.00 | | 15,500.00 |
| t  12/12/18 | | Trsf To Axos Bank | FINAL TRANSFER | 9999-000 | | 15,500.00 | 0.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | COLUMN TOTALS | | 15,500.00 | 15,500.00 | 0.00 |
| * Reversed | | | Less:  Bank Transfers/CD's | | 0.00 | 15,500.00 | |
| t Funds Transfer | | | Subtotal | | 15,500.00 | 0.00 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 15,500.00 | 0.00 | |

Page Subtotals     15,500.00     15,500.00

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 18-07899 -DRC | Trustee Name: | Phillip D. Levey |
| --- | --- | --- | --- |
| Case Name: | VALI, MOHAMMED | Bank Name: | Axos Bank |
| | | Account Number / CD #: | *******0012 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******6905 | | |
| For Period Ending: | 03/06/19 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| t 12/12/18 | | Trsf In From ASSOCIATED BANK | INITIAL WIRE TRANSFER IN | 9999-000 | 15,500.00 | | 15,500.00 |

```
                                        COLUMN TOTALS                   15,500.00         0.00      15,500.00
                                   Less: Bank Transfers/CD's            15,500.00         0.00
* Reversed                         Subtotal                                  0.00         0.00
t Funds Transfer                   Less: Payments to Debtors                               0.00
                                        Net                                  0.00         0.00
```

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| --- | --- | --- | --- |
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account (Non-Interest Earn - ********5364 | 15,500.00 | 0.00 | 0.00 |
| Checking Account (Non-Interest Earn - ********0012 | 0.00 | 0.00 | 15,500.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 15,500.00 | 0.00 | 15,500.00 |
| | ============== | ============== | ============== |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals     15,500.00       0.00

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: March 06, 2019 |
|---|---|---|---|---|---|---|

Case Number:   18-07899                            Priority Sequence
Debtor Name:   VALI, MOHAMMED                                      Joint Debtor:
Claims Bar Date: 10/10/18

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 001<br>2100-00 | Phillip D. Levey<br>2722 North Racine Avenue<br>Chicago, IL  60614 | Administrative | | $0.00 | $2,300.00 | $2,300.00 |
| 001<br>3110-00 | Phillip D. Levey<br>2722 North Racine Avenue<br>Chicago, IL  60614 | Administrative | | $0.00 | $3,825.00 | $3,825.00 |
| 001<br>2200-00 | Phillip D. Levey<br>2722 North Racine Avenue<br>Chicago, IL  60614 | Administrative | | $0.00 | $93.85 | $93.85 |
| | Subtotal for Priority 001 | | | $0.00 | $6,218.85 | $6,218.85 |
| 000001<br>070<br>7100-00 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured<br>JOINT OBLIGATION<br><br>Funds in estate consist solely of proceeds from sale of real estate held in form of Tenancy by Entirety by debtor and his non-filing spouse. Proposed distribution of said funds limited to joint creditors only. See Judge Eugene R. Wedoff "Tenancy By The Entirety in Bankruptcy" (2000). | | $9,776.00 | $9,156.77 | $9,156.77 |
| 000002<br>070<br>7100-00 | First National Bank of Omaha<br>1620 Dodge Street, Stop code 3105<br>Omaha, NE 68197 | Unsecured<br>OBLIGATION OF MOHAMMED VALI ONLY<br><br>Funds in estate consist solely of proceeds from sale of real estate held in form of Tenancy by Entirety by debtor and his non-filing spouse. Proposed distribution of said funds limited to joint creditors only. See Judge Eugene R. Wedoff "Tenancy By The Entirety in Bankruptcy" (2000). | | $8,391.00 | $8,573.88 | $0.00 |
| 000003<br>070<br>7100-00 | PYOD, LLC its successors and assigns as<br>assignee<br>of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Unsecured<br>OBLIGATION OF MOHAMMED VALI ONLY.<br><br>Funds in estate consist solely of proceeds from sale of real estate held in form of Tenancy by Entirety by debtor and his non-filing spouse. Propoesed distribution of said funds limited to joint creditors only. See Judge Eugene R. Wedoff "Tenancy By The Entirety in Bankruptcy" (2000). | | $10,046.00 | $10,677.38 | $0.00 |
| 000004<br>070<br>7100-00 | PYOD, LLC its successors and assigns as<br>assignee<br>of Synchrony Bank<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Unsecured<br>OBLIGATION OF MOHAMMED VALI ONLY.<br><br>Funds in estate consist solely of proceeds from sale of real estate held in form of Tenancy by Entirety by debtor and his non-filing spouse. Proposed distribution of said funds limited to joint creditors only. See Judge Eugene R. Wedoff "Tenancy By The Entirety in Bankruptcy" (2000). | | $467.00 | $442.65 | $0.00 |

| | | EXHIBIT C | | |
|---|---|---|---|---|
| Page 2 | | ANALYSIS OF CLAIMS REGISTER | | Date: March 06, 2019 |

Case Number: 18-07899
Debtor Name: VALI, MOHAMMED
Claims Bar Date: 10/10/18

Priority Sequence
Joint Debtor:

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000005 070 7100-00 | Lomto Federal Credit Union c/o Frank Andreou Andreou & Casson, Ltd. 661 W. Lake St., Ste. 2N Chicago, IL 60661 | Unsecured | OBLIGATION OF MOHAMMED VALI ONLY. Funds in estate consist solely of proceeds from sale of real estate held in form of Tenancy by Entirety by debtor and his non-filing spouse. Proposed distribution of said funds limited to joint creditors only. See Judge Eugene R. Wedoff "Tenancy By The Entirety in Bankruptcy" (2000). | $84,809.00 | $1,136,398.19 | $0.00 |
| | Subtotal for Priority 070 | | | $113,489.00 | $1,165,248.87 | $9,156.77 |
| | Case Totals: | | | $113,489.00 | $1,171,467.72 | $15,375.62 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 18-07899
Case Name: VALI, MOHAMMED
Trustee Name: Phillip D. Levey

    Balance on hand      $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Phillip D. Levey | $ | $ | $ |
| Trustee Expenses: Phillip D. Levey | $ | $ | $ |
| Attorney for Trustee Fees: Phillip D. Levey | $ | $ | $ |

    Total to be paid for chapter 7 administrative expenses      $_____

    Remaining Balance      $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $_____ must be paid in advance of any dividend to general (unsecured) creditors.

    Allowed priority claims are:

NONE

UST Form 101-7-TFR (5/1/2011) *(Page: 9)*

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $           have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be        percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025 | $ | $ | $ |
| 000002 | First National Bank of Omaha<br>1620 Dodge Street, Stop code 3105<br>Omaha, NE 68197 | $ | $ | $ |
| 000003 | PYOD, LLC its successors and assigns as assignee<br>of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | $ | $ | $ |
| 000005 | Lomto Federal Credit Union<br>c/o Frank Andreou<br>Andreou & Casson, Ltd.<br>661 W. Lake St., Ste. 2N<br>Chicago, IL 60661 | $ | $ | $ |

Total to be paid to timely general unsecured creditors     $_____

Remaining Balance     $_____

Tardily filed claims of general (unsecured) creditors totaling $        have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be        percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $        have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be        percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of        % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $        . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.