UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| Vali, Mohammed | ) | Case No. 18 B 07899 |
| | ) | |
| Debtor(s). | ) | |

## CERTIFICATE OF SERVICE RE NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION

I, Phillip D. Levey, an attorney, certify, that on March 25, 2019, I served the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object on the persons/entities listed on the accompanying Service List by either depositing the same in the U.S. Mail in envelopes, with proper postage prepaid, or via CM/ECF.

_/s/ Phillip D. Levey_

Phillip D. Levey
2722 North Racine Avenue
Chicago, IL 60614
773-348-9682

**VIA US. MAIL**

Discover Bank
P.O. Box 3025
New Albany, OH 43054

First National Bank of Omaha
1620 Dodge Street, Stop Code 3105
Omaha, NE 68197

Lomoto Federal Credit Union
c/o Frank Andreou
Anderou & Casson, Ltd.
661 W. Lake Street-Suite 2N
Chicago, IL 60661

PYOD, LLC as Assignee of Citibank, N.A.
Resurgent Capital Services
P.O. Box 19008
Greenville, SC 29602

PYOD, LLC as Assignee of Synchrony Bank
Resurgent Capaital Services
P.O. Box 19008
Greenville, SC 29602

Northstar Credit Union
c/o Esp Kreuzer Cores, LLP
400 S. County Farm Road-#200
Wheaton, IL 60187

Mohammed Vali
2216 Ottawa St.
Des Plaines, IL  60016-2775

**VIA CM/ECF**

Erich G Monzon
466 Central Ave. - Suite 34
Northfield, IL 60093